UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 28  P 1: 35
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AmBASE CORPORATION, et al., | )<br>)<br>) |
| Plaintiffs, | ) CASE NO. 3:00 CV 1694 (DJS)<br>) |
| v. | )<br>) |
| SDG, INC., et al., | ) May 27, 2004<br>) |
| Defendants. | )<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, William J. Kelleher III, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this Motion, the undersigned states as follows:

1. The undersigned is an associate at the law firm of Wiggin & Dana LLP, counsel to the plaintiffs in this case. I am leaving the firm effective June 4, 2004 for other employment.

2. This case was tried to the Court last year and the parties are awaiting the Court's decision.

3. In addition to being represented by the undersigned, plaintiffs are represented by Ian E. Bjorkman, a partner at Wiggin & Dana. Mr. Bjorkman has appeared in the case, has represented plaintiffs throughout the case and will continue in that capacity.

4. Allowing the undersigned to withdraw as counsel of record for the plaintiffs will not cause any prejudice to the parties and will not affect the administration of this case.

5. Plaintiffs are receiving notice that the undersigned attorney is seeking to withdraw and are being served with a copy of this Motion by certified mail as required by Rule 7(e).

  Wherefore, the undersigned respectfully requests that the Court allow him to withdraw his appearance in this action.

                Respectfully submitted,

                PLAINTIFFS

                */s/ Ian E. Bjorkman*
                Ian E. Bjorkman, Esq. (ct 11648)
                William J. Kelleher III, Esq. (ct 22140)
                Wiggin & Dana LLP
                One Century Tower
                New Haven, CT 06508
                Phone: (203) 498-4400
                Fax: (203) 782-2889
                email: ibjorkman@wiggin.com
                   wkelleher@wiggin.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 27th day of May, 2004 to all counsel of record as follows:

John Cannavino, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

Christopher Williams, Esq.
Julie A. Harris, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114

Alexander Anguiera, Esq.
Stearns, Weaver, Miller et al.
150 West Flagler Street
Suite 2200
Miami, FL 33130

And by certified mail, postage prepaid to:

Richard A. Bianco
AmBase Corporation
SDG Financial Corp.
100 Putnam Green, 3rd Floor
Greenwich, CT 06830-6027

_____
William J. Kelleher III

\11868\13\87707.1