UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **AMBASE CORPORATION, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:00cv1694(DJS) |
| **SDG, INC., ET AL**<br>    **Defendants** | : |

**ORDER**

The Motion to Withdraw Appearance (Doc. #128) of William J. Kelleher III is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   1st   day of June, 2004.

　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　United States District Judge