UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AmBase Corporation, and<br>SDG Financial Corporation, | :<br>:<br>: |
| v. | :     CASE NO. 3:00CV1694(DJS) |
| | :<br>: |
| SDG, INC., W. Blair Geho, Robert<br>Geho, Hans Geho, Charles Fulgraff,<br>Charles Brain, Neil Flanzraich, and<br>Malcolm Jozoff, | :<br>:<br>:<br>: |

<u>JUDGMENT</u>

This action came to trial before the court, by the Honorable Dominic J. Squatrito, United States District Judge. The issues having been tried and the court having filed its Memorandum of Decision denying plaintiffs' motion to strike (dkt. #87), denying defendants' motion to strike testimony of Linda Allison (dkt. #78), sustaining in part and overruling in part plaintiffs' objection to the admission of plaintiffs' 30 (b) (6) deposition transcript (dkt. # 106), denying Flanzraich's motion for judgment on partial findings (dkt. # 102) pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, and on May 1, 2003 all claims having been disposed of as to Charles Fulgraff and Charles Brain with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment shall enter for defendants SDG, Inc., W. Blair Geho, Robert Geho, Hans Geho, Neil Flanzraich, and Malcolm Jozoff on each count of plaintiff AmBase Corporation and SDG Financial Corporation's complaint. Judgment shall enter for counterclaim defendant SDG

1

Financial Corporation on each count of counterclaim plaintiff SDG Inc.'s complaint.

Dated at Hartford, Connecticut, this 4th day of August 2005.

                                KEVIN F. ROWE, Clerk

                              By      /s/lik
                                      Linda I. Kunofsky
                                      Deputy in Charge

EOD _____