UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMBASE CORPORATION and,<br>SDG FINANCIAL CORPORATION | ) ) ) | CASE NO. 3:00CV1694(DJS) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SDG, INC., W. BLAIR GEHO,<br>ROBERT GEHO, HANS GEHO<br>CHARLES FULGRAF, CHARLES BRAIN,<br>NEIL FLAINZRAICH, and<br>MALCOLM JOZOFF, | ) ) ) ) ) | |
| | ) | SEPTEMBER 6, 2005 |
| Defendants. | ) ) | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that AmBase Corporation and SDG Financial Corporation, plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 4th day of August, 2005.

AMBASE CORPORATION,
SDG FINANCIAL CORPORATION

_____
Ian E. Bjorkman (CT 11648)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4496
ibjorkman@wiggin.com

Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 6th day of September, 2005 to all counsel of record as follows:

John Cannavino, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120

Christopher Williams, Esq.
Julie A. Harris, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114

Alexander Anguiera, Esq.
Stearns, Weaver, Miller et al.
150 West Flagler Street
Suite 2200
Miami, FL  33130

_____
Ian E. Bjorkman

\11868\13\106582.1