UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMBASE CORPORATION and<br>SDG FINANCIAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SDG, INC.,<br>W. BLAIR GEHO,<br>ROBERT GEHO,<br>HANS GEHO,<br>NEIL FLANZRAICH and<br>MALCOLM JOZOFF,<br><br>Defendants. | CASE NO. 300 CV 1694 DJS<br><br>JUDGE SQUATRITO<br><br>September 28, 2005<br><br><br>**DEFENDANT FLANZRAICH'S**<br>**CROSS NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Neil Flanzraich, defendant in the above-captioned action, hereby cross appeals to the United States Court of Appeals for the Second Circuit from the Ruling on the Defendants' Motion for Partial Summary Judgment, entered March 28, 2002.

On September 6, 2005, Plaintiffs filed a notice of appeal from the final judgment entered in this action. Pursuant to FRAP 4(a)(3), Neil Flanzraich timely files the instant notice of cross appeal.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
(305) 789-3240
(305) 789-3395 fax

By: _____
ALEXANDER ANGUEIRA
ct24591

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Cross Notice of Appeal was served via U.S. Mail on this 28th day of September, 2005, on the following counsel:

Ian E. Bjorkman
William Kelleher
Wiggin & Dana
One Century Tower
New Haven, CT 06508

Christopher S. Williams
Julie A. Harris
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

_____
ALEXANDER ANGUEIRA

G:\W-LIT\36071\001\Cross.Ntc.Appeal.wpd