MANDATE

Case 3:00-cv-01694-DJS   Document 135   Filed 12/22/2005   Page 1 of 1

CTDC/NHCT
00-cv-1694
SQUATRITO

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

United States District Court
District of Connecticut
FILED AT         HARTFORD
12/22  2005

Date:              12/7/05
Docket Number:     05-5273-cv
Short Title:       AmBase Corp v. SDG, Inc
DC Docket Number:  00-cv-1694
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Dominic Squatri

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of December, two thousand five.

05-5273-cv (XAP)

AMBASE v. SDG, INC.,

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 3-28-02 United States Court for the District of Connecticut, New Haven be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Tammy Martinez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by Tammy Martinez
DEPUTY CLERK

CERTIFIED: 12-7-05