**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

CTDC/NHCT
00-cv-1694
SQUATRITO

Roseann B. MacKechnie
**CLERK**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 29th day of December, two thousand five.

05-5273-cv (XAP)

AMBASE CORP. v. SDG



The Court noting that an order dismissing the appeal having been entered in error on 12-07-05.

IT IS HEREBY ORDERED that the order vacated; and it is further noted that the appeal is reinstated.

For the Court,
Roseann B. MacKechnie, Clerk

By: Tammy Martinez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by Tammy Martinez
DEPUTY CLERK