MANDATE

CTDC/NHCT
00-cv-1694
SQUATRITO

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

~~Docket Nos. 05-4922-cv (L)~~; 05-5273-cv (XAP) ONLY

AmBASE CORP.,

    Plaintiff-Appellant-Cross-Appellee,

SDG FINANCIAL CORP.,

    Plaintiff-Counter-Defendant-Appellant-Cross-Appellee,

v.

SDG, INC.,

    Defendant-Counter-Claimant-Appellee,

W. BLAIR GEHO, HANS GEHO, CHARLES FULGRAFF, CHARLES BRAIN and MALCOLM JOZOFF,

    Defendants-Appellees,

NEIL FLANZRAICH,

    Defendant-Appellee-Cross-Appellant.



### VOLUNTARY DISMISSAL OF APPELLEE/CROSS-APPELLANT NEIL FLANZRAICH'S CROSS-APPEAL

Pursuant to FRAP 42(a), the parties submit this signed dismissal agreement to dismiss only the Cross-Appeal filed by Appellee-Cross-Appellant, Neil Flanzraich. Pursuant to the agreement of the parties, Cross-Appellant Flanzraich's Cross-Appeal only is dismissed with all parties to bear their own costs and fees related to the Cross-Appeal. The cross-appeal is hereby severed from the lead appeal, 05-4922-cv which will proceed without the "L" designation.

CERTIFIED:
1/3/06

Docket Nos. 05-4922-cv(L); 05-5273-cv(XAP)

Dated:_____


STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
(305) 789-3240
(305) 789-3395 fax

By:_____
    ALEXANDER ANGUEIRA
    *(Application For Admission Pending)*

WIGGIN & DANA
One Century Tower
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 fax

By:_____
    IAN E. BJORKMAN


CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200
(216) 241-0816 fax

By:_____
    CHRISTOPHER S. WILLIAMS


SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Dec. 29, 2005

-2-

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK