CTDC/NHCT
00-cv-1694
SQUATRITO

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT



AmBase Corp. v. SDG, Inc.  :  No. 05-4922-cv

**STIPULATION FOR DISMISSAL OF APPEAL**

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs and without attorney's fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: March 30, 2006        PLAINTIFFS-APPELLANTS
                             AmBase Corp. and SDG Financial Corp.

                        By: _____
                            Jeffrey R. Babbin
                            Wiggin and Dana LLP
                            One Century Tower
                            P.O. Box 1832
                            New Haven, CT 06508-1832
                            (203) 498.4400
                            (203) 782.2889 (fax)
                            jbabbin@wiggin.com

CERTIFIED:
4/6/06

DEFENDANTS-APPELLEES
SDG, Inc.; W. Blair Geho; Robert Geho;
Hans Geho; and Malcolm Jozoff

By: _____
Christopher S. Williams
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114
(216) 622-8441
(216) 241-0816 (fax)
cwilliams@calfee.com

DEFENDANT-APPELLEE
Neil Flanzraich

By: _____
Alexander Angueira
Stearns Weaver Miller Weissler Alhadeff &
  Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3240
(305) 789-3395 (fax)
aangueira@swmwas.com

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

April 5, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

2